IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:01cr145-MHT |
| WAYNE DEANDRE HOLLIS | ) | |

## OPINION

Upon consideration of the recommendation of the Retroactivity Screening Panel entered today and after an independent and de novo review of the entire record, the court is of the opinion that defendant Wayne Deandre Hollis's motions for sentence reduction (doc. nos. 92 and 94) should be denied and the sentence for defendant Hollis not reduced. An appropriate judgment will be entered.

DONE, this the 5th day of March, 2012.

                      /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE